AO 91 (Rev. 08/09) Criminal Complaint



SEALED   CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

SEP 10 2012

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JESSE HAMPTON HEISSERMAN | ) | Case No. 5:12MJ00101 |
| YOB: 1978 | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 16, 2012__ in the county of __Augusta__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 2422(b) | used a facility or means of interstate commerce to persuade a minor female victim, who had not attained the age of 18 years, to engage in sexual activity for which an individual can be charged. |

This criminal complaint is based on these facts:
See attached Affidavit herein incorporated by reference as if fully restated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

John T. Pittman, Special Agent (FBI)
Printed name and title

Sworn to before me and signed in my presence.

Date: 9-10-12

_____
Judge's signature

City and state: __Charlottesville, Virginia__   B. Waugh Crigler, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

I, John T. Pittman, depose and say as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since April, 1997. I am currently assigned to the Richmond Division of the FBI, Charlottesville Resident Agency.

2. This affidavit is being submitted for the limited purpose of obtaining an arrest warrant. This affidavit is not intended to include each and every fact and matter observed by me or known to the United States Government. Therefore, I have set forth only those facts necessary to support probable cause for this application.

3. On August 18, 2012, I received a call from Investigator George Cox, Augusta County Sheriff's Office (ACSO), regarding an adult male who law enforcement believes had sexual intercourse with a twelve year-old female (Victim) at the Hampton Inn hotel in Fishersville, Virginia, during the early morning hours of August 16, 2012. Investigator Cox and law enforcement personnel have learned the following information during their investigation.

4. The Victim resides with her family in New York. The family decided to take a vacation trip to South Carolina that would start on or about August 15, 2012. Before the trip started, however, the Victim met an adult male on the internet, and engaged in subsequent communication with the adult male by text messaging and telephone conversations via their cell phones. The adult male and the Victim arranged to meet at the Hampton Inn in Fishersville, Virginia, where the family would be staying on their way to South Carolina.

5. On or about August 15, 2012, the family began their trip from New York to South Carolina. The family stopped for the night at the Hampton Inn in Fishersville, Virginia. The family booked two hotel rooms next to each other, one for the parents and one for the Victim and her two older siblings, who are 17 and 18

years old. During the middle of the night, the Victim left her hotel room and met with the adult male in another hotel room at the same hotel. During this meeting, the Victim and the male had sexual intercourse.

6. The next day, the Victim told her mother about the sexual activity with the adult male the previous night. The Victim's mother contacted law enforcement, and subsequently provided the Victim's cellular telephone, the cellular telephone number, and the phone number the Victim had used to contact the adult male. The Victim's phone number ends in 5106, and the adult male's phone number ends in 3310.

7. Law enforcement reviewed hotel records from the Hampton Inn in Fishersville, Virginia, which showed that the hotel room in which the Victim and the adult male met on the night in question was registered to Jesse HEISSERMAN, 102 Johnson Street, Salisbury, MD 21804. HEISSERMAN used a Visa card to reserve the hotel room in which he and the Victim met.

8. Bank records show that the Visa card used to reserve the hotel room in which the adult male and the Victim met is in the name of JESSE H. HEISSERMAN, 9202 Azure Court, 201, Manassas, VA 20110.

9. I have reviewed text messages sent between the Victim's phone and HEISSERMAN's phone. The text messages contain exchanges which are sexually explicit. The text messages also discuss the Victim meeting HEISSERMAN in the room HEISSERMAN booked at the Hampton Inn. On 08/15/2012, at approximately 07:32, a message from HEISSERMAN's phone to the Victim's phone reads, "Im half hard now can u jerk it til it cums". On 08/15/2012, at approximately 07:35 a text message from the Victim's phone to HEISSERMAN's phone reads, "I am 13 though!" On 08/15/2012, at approximately 15:45 a text message from HEISSERMAN's phone to the Victim's phone reads, "I really don't think it's a good idea for anyone to see us but either way im getting the room first then meet you after".

## CONCLUSION

Based on the information set forth in this affidavit, I submit that there is probable cause to believe:

(a) That on or about August 16, 2012, in the Western District of Virginia, JESSE H. HEISSERMAN used a facility or means of interstate commerce to persuade a minor female victim, who had not attained the age of 18 years, to engage in sexual activity for which an individual can be charged, in violation of Title 18, United States Code, Section 2422(b).


_____
John T. Pittman
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this 10th day of September, 2012, in Harrisonburg, Virginia:

_____
B. Waugh Crigler
United States Magistrate Judge

Reviewed by AUSA Grayson Hoffman