CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

OCT 04 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION
OCTOBER 2012 SESSION

UNITED STATES OF AMERICA

v.

JESSE HAMPTON HEISSERMAN

Criminal No.: 5:12CR00045

Title 18 U.S.C. Section 2422(b)

## INDICTMENT

The Grand Jury charges that:

### Count One

1.    On or about August 18, 2012, in the Western District of Virginia, and elsewhere, the defendant, JESSE HAMPTON HEISSERMAN, did use any facility of interstate and foreign commerce, specifically, a cellular telephone, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense.

2.    All in violation of Title 18, United States Code Section 2422(b).

A TRUE BILL, this 4th day of October, 2012.

_Janet Battaglia_
FOREPERSON

_____
TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY

*USAO # 2012R00545*

1