FILED IN OPEN COURT
DATE 1/2/2013
BY J. Turner
    DEPUTY CLERK
HARRISONBURG DIVISION, W.D. of VA

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 5:12-cr-45 |
| v. | : |
| JESSE HAMPTON HEISSERMAN | : |

## STATEMENT OF FACTS

The offenses described below occurred within the Western District of Virginia. This Statement of Facts briefly summarizes the facts and circumstances surrounding the defendant's criminal conduct. It does not necessarily contain all of the information obtained during this investigation and applicable to an accurate Presentence Report and Sentencing Guidelines calculation.

From on or about August 14, 2012, to August 16, 2012, the defendant, Jesse Hampton Heisserman, used his cellular telephone (which was registered and subscribed to his mother, Gloria Heisserman) to contact a twelve year-old female ("victim") approximately 80 times. During these communications between the defendant and the victim, the victim informed the defendant numerous times that she was thirteen years-old (she was actually twelve years-old). The defendant used the cell phone (a facility of interstate commerce) to persuade, induce and entice the victim to meet at the Hampton Inn in Fishersville, Virginia, while the victim and her family were on vacation from New York, and engage in illegal sexual activity.

On August 15, 2012, in the middle of the night, the defendant and the victim met and engaged in illegal sexual activity in the Hampton Inn in Fishersville, Virginia. The following day, the victim informed her family about the illegal sexual activity with the defendant, and the family contacted law enforcement. Subsequently, law enforcement obtained bank records confirming that the Visa card used to reserve the hotel room at the Hampton Inn was registered to Jesse Heisserman. Hotel records also confirmed that Jesse Heisserman had reserved the same hotel room in his own name. In the Commonwealth of Virginia, the type of sexual activity that occurred between the defendant and the victim is prohibited by Virginia Criminal Code § 18.2-61.

*Defendant's Initials:* [signature]

Law enforcement arrested and interviewed the defendant in September of 2012. The defendant waived his Miranda rights and agreed to make statements. During the interview, the defendant admitted that he had used his cellular telephone (registered to Gloria Heisserman) to contact the victim and arrange the meeting at the Hampton Inn described above, and ultimately engaged in illegal sexual activity with the victim.

I have reviewed the above Statement of Facts with my attorney. I agree that had this matter proceeded to trial, the United States would have proven the facts outlined above beyond a reasonable doubt.

1/2/13
Date

JESSE HAMPTON HEISSERMAN
Defendant

1/2/13
Date

WILLIAM ELDRIDGE
Attorney for Defendant

1/2/13
Date

JOHN HOLLORAN
Attorney for Defendant

*Defendant's Initials:*

Page 2 of 2