IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 5:12-cr-00045 |
| v. | |
| JESSE HAMPTON HEISSERMAN | |

## MOTION TO DISMISS WITHOUT PREJUDICE

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully moves the Court for leave to dismiss the indictment as to defendant Jesse Hampton Heisserman, without prejudice. On October 28, 2013, the defendant was indicted by a grand jury in Augusta County, Virginia, on four counts for allegedly violating Virginia Code Sections 18.2-61, 18.2-67.1, 18.2-67.2 and 18.2-67.3.

Respectfully submitted,

TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY

s/Grayson A. Hoffman
GRAYSON A. HOFFMAN
Assistant United States Attorney

## C E R T I F I C A T E

I hereby certify that on December 31, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to defense counsel.

                                                 s/Grayson A. Hoffman
                                                 GRAYON A. HOFFMAN
                                                 Assistant United States Attorney